E-FILED
Friday, 13 October, 2006  01:58:50 PM
Clerk, U.S. District Court, ILCD

OAO91 (Rev. 12/03)  Criminal Complaint

# UNITED STATES DISTRICT COURT

_____ CENTRAL _____ DISTRICT OF _____ ILLINOIS _____

| UNITED STATES OF AMERICA | | |
|---|---|---|
| V. | **FILED** | CRIMINAL COMPLAINT |
| ANTRAUN COE, TAMMY COLLINS and MATTHEW L. BAILEY | OCT 1 3 2006 | Case Number: 06- 7234 |

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL

(Name and Address of Defendant)

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about __9/13/2006 to 9/28/2006__ in _____ Coles _____ County, in
(Date)
the _____ Central _____ District of _____ Illinois _____ defendant(s) did,

(Track Statutory Language of Offense)
conspiracy to distribute cocaine base ("crack"),

in violation of Title ___21___ United States Code, Section(s) ___846___.
I further state that I am a(n) _____ Special Agent, DEA _____ and that this complaint is based on the
Official Title
following facts:

SEE ATTACHED AFFIDAVIT.

Continued on the attached sheet and made a part of this complaint:  ☒ Yes   ☐ No

s/Glenn Haas
Signature of Complainant

Glenn Haas
Printed Name of Complainant

Sworn to before me and signed in my presence,

10/13/2006                                                                       at   Urbana            Illinois
Date                                                                                   City              State

                                                                                   s/David G. Bernthal

David G. Bernthal          U.S. Magistrate Judge
Name of Judge              Title of Judge                                          Signature of Judge

## AFFIDAVIT

Glenn Haas, being duly sworn, states:

1. I am a Special Agent of the Drug Enforcement Administration, and have been so employed since August 1996. I am presently assigned to the Springfield, Illinois Resident Office. Prior to working for the Drug Enforcement Administration, I served for approximately 10 years as a law enforcement officer with the Illinois State Police and the St. Clair County, Illinois Sheriff's Department. During that time I served as a detective in the narcotics field for approximately three years. I have personally conducted and/or assisted in numerous investigations of criminal violations involving controlled substances.

2. This affidavit is made in support of a complaint charging ANTRAUN COE, TAMMY COLLINS, and MATTHEW BAILEY with conspiracy to distribute cocaine base ("crack"), in violation of 21 U.S.C. § 846. Warrant for the arrests of the defendants are requested.

3. I am familiar with the following facts based upon my own personal observation and upon information officially supplied to me by other law enforcement agents.

4. On September 13, 2006, the East Central Illinois Drug Task Force received information from a confidential source (CS) in regards to an individual named "TAZ". Further investigation revealed that the true identity of "TAZ" was ANTRAUN COE (hereinafter "COE"). The CS advised that COE was selling crack cocaine in the

Mattoon, Illinois area. The CS agreed to assist the task force and purchase crack cocaine from COE.

5.  On September 13, 2006, the CS called COE at                    and ordered $100 worth of crack cocaine. The CS agreed to meet COE at the Huck's convenient store parking lot at 601 Charleston Avenue, Mattoon, Illinois. Surveillance was placed on the Huck's parking lot. The CS was searched by Inspector Endsley and no contraband was found. The CS was then provided with $100 pre-recorded U.S. Currency. At approximately 2:47 p.m., surveillance agents observed COE and an individual later identified as Tammy COLLINS arrive at the location in a white Chevrolet Malibu. COLLINS exited the car and met with the CS. COE entered the store. The CS gave COLLINS the $100 pre-recorded currency. COLLINS then provided the CS with a clear plastic bag of apparent crack cocaine. Following the purchase, the CS provided the purchased cocaine to Inspector Endsley. The substance was field tested and the test showed positive for the presence of cocaine. The approximate weight of the purchased substance with packaging was .4 grams.

6.  On September 19, 2006, the CS met with agents of the East Central Illinois Task Force and agreed to make another crack cocaine purchase from COE. The CS called COE at                    and ordered $150 worth of crack cocaine. The CS agreed to meet COE at the Huck's convenient store parking lot at 601 Charleston Avenue, Mattoon, Illinois. Surveillance was placed on the Huck's parking lot. The CS was searched by Inspector Endsley and no contraband was found. The CS was then

provided with $150 pre-recorded U.S. Currency. At approximately 12:50 p.m., surveillance agents observed COE and Tammy COLLINS arrive at the location in a grey passenger car. COLLINS exited the car and met with the CS. COE again entered the store. The CS gave COLLINS the $150 pre-recorded currency. COLLINS then provided the CS with a clear plastic bag of apparent crack cocaine. Following the purchase, the CS provided the purchased cocaine to Inspector Endsley. The substance was field tested and the test showed positive for the presence of cocaine. The approximate weight of the purchased substance with packaging was .9 grams.

7.    On September 21, 2006, the CS agreed to make another crack cocaine purchase. The CS advised that since the last buy, COE gave the CS a new telephone number. The CS advised that prior to meeting with agents, the CS already called the number and placed an order for $150 worth of crack cocaine. The CS further advised that COE did not answer the new number and that COE's cousin, "TANK" was going to sell the cocaine. ("TANK" was later identified as Matthew L. BAILEY.) The CS agreed to meet BAILEY at the Citgo gas station parking lot, 1420 Lakeland Boulevard, Mattoon, Illinois. Surveillance was placed on the Citgo parking lot. The CS was searched by Inspector Endsley and no contraband was found. The CS was then provided with $150 pre-recorded U.S. Currency. At approximately 2:43 p.m., surveillance agents observed BAILEY arrive at the location in a red Chevrolet passenger car. The car was occupied by BAILEY and an unidentified white female. BAILEY exited the car and met with the CS. The CS gave BAILEY the $150 pre-recorded currency.

3

BAILEY then provided the CS with a clear plastic bag of apparent crack cocaine. Following the purchase, the CS provided the purchased cocaine to Inspector Endsley. The substance was field tested and the test showed positive for the presence of cocaine. The approximate weight of the purchased substance with packaging was 2.9 grams.

8. On September 28, 2006 the CS met with agents of the East Central Illinois Task Force and agreed to make another crack cocaine purchase from BAILEY. The CS called BAILEY and ordered $1,200 worth of crack cocaine. The CS agreed to meet BAILEY at the Cross County Mall parking lot, 700 Broadway Avenue East, Mattoon, Illinois. Surveillance was placed on the mall parking lot. The CS was searched by Inspector Endsley and no contraband was found. The CS was then provided with $600 pre-recorded U.S. Currency, however, was told that BAILEY was going to be arrested and no currency would be exchanged. At approximately 2:25 p.m., surveillance agents observed a white Chevrolet Malibu park next to the CS vehicle. The Malibu was occupied by Matthew BAILEY, Tammy COLLINS, and COE. COE exited the vehicle and met with the CS. Agents could hear the conversation via a R.F. transmitter in the CS's vehicle. COE provided the CS with a clear plastic bag containing apparent crack cocaine. Agents then converged on the area and arrested Coe, COLLINS and BAILEY without incident. Following the arrests, Inspector Endsley took custody of the crack cocaine delivered by COE. The substance was field tested and the test showed positive for the presence of cocaine. The approximate weight of the substance with packaging was 13.5 grams.

4

9. It was then determined that COE, COLLINS, and BAILEY all lived together at 1300 South 12th Street, Apartment # 8, Mattoon, Illinois. A search warrant was obtained for the residence. Located on a night stand in the northwest bedroom was a clear plastic bag of apparent crack cocaine. Inspector Endsley field tested the substance and the test showed positive for the presence of cocaine. The approximate weight of the substance with packaging was 1.3 grams. It should be noted that the bedroom belonged to COE and his wife, Heather.

10. Agents interviewed COE. He admitted that he was selling crack cocaine in Mattoon, Illinois. COE's crack cocaine source of supply was an individual know only by the name of "IKEY." "IKEY" lived in Chicago, Illinois. BAILEY lived with COE and was sent to Mattoon, Illinois by "IKEY." BAILEY was also selling crack cocaine.

11. Agents interviewed Tammy COLLINS. COLLINS admitted that she was selling crack cocaine at the direction of BAILEY and COE. COLLINS knew that COE and BAILEY's crack cocaine source of supply lived in Chicago, Illinois. COLLINS further advised that earlier that day, she observed BAILEY place six or seven 1/8 ounce bags of crack cocaine into the coffee maker at their residence, 1300 South 12th, Apartment 8, Mattoon, Illinois.

12. Agents then obtained a written consent to search from Heather Coe in order to re-enter the residence. Inspector Endsley located seven bags of apparent crack cocaine in the coffee maker. The substance was field tested and the test showed positive for the presence of cocaine. The approximate weight of the substance with packaging

was 24.1 grams. Based on my training and experience, I know that 24 grams of cocaine is consistent with an amount intended for distribution.

Further, affiant sayeth not.

s/Glenn Haas

Glenn Haas, Special Agent
Drug Enforcement Administration

Subscribed and sworn to before me
this __13__ day of October 2006.

s/David G. Bernthal

DAVID G. BERNTHAL
United States Magistrate Judge

6