E-FILED
Friday, 20 October, 2006  02:25:02 PM
Clerk, U.S. District Court, ILCD

AO 442    (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

Central District of Illinois

UNITED STATES OF AMERICA
v.
MATTHEW L. BAILEY

**FILED**
OCT 20 2006
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL

**WARRANT FOR ARREST**

Case Number: 06- 7234 -03

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ___MATTHEW L. BAILEY___
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☒ Complaint  ☐ Order of court  ☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice

charging him or her with   (brief description of offense)

conspiracy to distribute cocaine base ("crack"),

RECEIVED 2006 OCT 16 P 2:08
US MARSHALS SERVICE CENTRAL ILLINOIS

in violation of Title __21__ United States Code, Section(s) __846__

David G. Bernthal
Name of Issuing Officer

United States Magistrate Judge
Title of Issuing Officer

s/David G. Bernthal
Signature of Issuing Officer

10/13/2006    Urbana, Illinois
Date and Location

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at

Coles County

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 10/16/06 | Glenn Hoes  DEA S/A | [signature] |
| DATE OF ARREST 10/16/06 | | |