E-FILED
Friday, 03 November 2006 02:40:02 PM
Clerk, U.S. District Court ILCD



FILED

NOV - 2 2006

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Criminal No. 06-<u>20070</u> |
| | ) | Violations: Title 21, United |
| v. | ) | States Code, Sections 846, |
| | ) | 841(a)(1) and 841(b)(1)(A) |
| ANTRAUN COE, TAMMY COLLINS, and | ) | |
| MATTHEW BAILEY, | ) | |
| | ) | |
| Defendants. | ) | |

## I N D I C T M E N T

THE GRAND JURY CHARGES THAT:

1.      From at least about August 2006 and continuing until September 28, 2006,

in the Central District of Illinois, the defendants,

**ANTRAUN COE, TAMMY COLLINS, and MATTHEW BAILEY,**

knowingly and intentionally conspired with others to distribute a controlled substance,

namely, 50 or more grams of a mixture or substance containing cocaine base (crack), a

Schedule II controlled substance.

2.      As part of the conspiracy, the defendants resided together in Mattoon,

Illinois and regularly distributed cocaine base (crack) in the Mattoon area.

All in violation of Title 21, United States Code, Sections 846, 841(a)(1) and

841(b)(1)(A).

A TRUE BILL,

s/Foreperson

FOREPERSON

s/John Childers    for

RODGER A. HEATON
UNITED STATES ATTORNEY
TB