# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS
# URBANA, ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CASE NO. 06-20070-003 |
| | ) |
| MATTHEW L. BAILEY, | ) |
| | ) |
| Defendant. | ) |

## MOTION TO CONTINUE

Now comes the Defendant, MATTHEW L. BAILEY, by and through his attorney, BAKU N. PATEL of DOYLE, LEHMAN, PATEL & McMASTERS, P.C., and hereby moves this Honorable Court to continue the Arraignment, which is currently set for November 15, 2006 at 1:45 p.m. in courtroom A. In support thereof, the Movant states as follows:

1. Counsel for the Defendant has a trial scheduled in People v. Burchfield, Vermilion County Case No.: 05-CF-244 on November 15, 2006.

2. Counsel attempted to schedule the trial for any other day this week, but due to the court schedule, only Wednesday, November 15, 2006 was available to try the case.

WHEREFORE, Counsel for the Defendant respectfully requests that the case be continued to a date wherein undersigned counsel may be available.

Respectfully submitted,

s/Baku N. Patel
Baku N. Patel - Bar No.: 6244272
Attorney for Defendant
Doyle, Lehman, Patel & McMasters, P.C.
Attorneys at Law
1022 N. Vermilion
Danville, IL 61832
Telephone: (217) 446-3844
Fax: (217) 446-1734
E-mail: bnpatel@doylelawteam.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on November 13, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

      United States Attorney
      201 S. Vine
      Urbana, IL 61801

      s/Baku N. Patel_____
      Baku N. Patel - Bar No.: 6244272
      Attorney for Defendant
      Doyle, Lehman, Patel & McMasters, P.C.
      Attorneys at Law
      1022 N. Vermilion
      Danville, IL 61832
      Telephone:  (217) 446-3844
      Fax:  (217) 446-1734
      E-mail: bnpatel@doylelawteam.com