## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
## URBANA, ILLINOIS

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| Plaintiff, | ) |
| vs. | ) CASE NO. 06-20070-003 |
| **MATTHEW L. BAILEY,** | ) |
| Defendant. | ) |

### MOTION TO CONTINUE

Now comes the Defendant, MATTHEW L. BAILEY, by and through his attorney, BAKU N. PATEL of DOYLE, LEHMAN, PATEL & McMASTERS, P.C., and hereby moves this Honorable Court to continue the Pre-Trial Conference, which is currently set for December 21, 2006 at 1:30 p.m. in Courtroom A. In support thereof, the Movant states as follows:

1. Counsel for the Defendant will be out of the State on vacation on December 21, 2006.

WHEREFORE, Counsel for the Defendant respectfully requests that the case be continued to a date wherein undersigned counsel may be available.

Respectfully submitted,

s/Baku N. Patel
Baku N. Patel - Bar No.: 6244272
Attorney for Defendant
Doyle, Lehman, Patel & McMasters, P.C.
Attorneys at Law
1022 N. Vermilion
Danville, IL 61832
Telephone: (217) 446-3844
Fax: (217) 446-1734
E-mail: bnpatel@doylelawteam.com

## CERTIFICATE OF SERVICE

  I hereby certify that on November 22, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

    United States Attorney
    201 S. Vine
    Urbana, IL 61801


      s/Baku N. Patel_____
      Baku N. Patel - Bar No.: 6244272
      Attorney for Defendant
      Doyle, Lehman, Patel & McMasters, P.C.
      Attorneys at Law
      1022 N. Vermilion
      Danville, IL 61832
      Telephone: (217) 446-3844
      Fax: (217) 446-1734
      E-mail: bnpatel@doylelawteam.com