E-FILED
Wednesday, 18 July, 2007  03:28:08 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) CASE NO. 06-20070-003 |
| MATTHEW L. BAILEY, | ) |
| Defendant. | ) |

### MOTION TO CONTINUE

Now comes the Defendant, MATTHEW L. BAILEY, by and through his attorney, BAKU N. PATEL of DOYLE, LEHMAN & PATEL, P.C., and hereby moves this Honorable Court to continue the Sentencing Hearing, which is currently set for July 20, 2007 at 1:30 p.m. in Courtroom A. In support thereof, the Movant states as follows:

1. Counsel for the Defendant needs additional time to review the Revised Presentence Report & Addendum dated July 12, 2007 with client.
2. Defendant has been cooperating and counsel needs additional time to properly assess his cooperation prior to the Sentencing Hearing.
3. Assistant U.S. Attorney Tim Bass has no objections to this continuance.

WHEREFORE, Counsel for the Defendant respectfully requests that the Sentencing Hearing be continued to a date wherein undersigned counsel may be available.

Respectfully submitted,

s/Baku N. Patel
Baku N. Patel - Bar No.: 6244272
Attorney for Defendant
Doyle, Lehman & Patel, P.C.
Attorneys at Law
1022 N. Vermilion
Danville, IL 61832
Telephone: (217) 446-3844
Fax: (217) 446-1734
E-mail: bnpatel@doylelawteam.com

**CERTIFICATE OF SERVICE**

  I hereby certify that on July 18, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

    United States Attorney
    201 S. Vine
    Urbana, IL 61801

     s/Baku N. Patel_____
     Baku N. Patel - Bar No.: 6244272
     Attorney for Defendant
     Doyle, Lehman & Patel, P.C.
     Attorneys at Law
     1022 N. Vermilion
     Danville, IL 61832
     Telephone:  (217) 446-3844
     Fax:  (217) 446-1734
     E-mail: bnpatel@doylelawteam.com