E-FILED
Monday, 10 March, 2008   11:51:05 AM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff.<br><br>v.<br><br>MATTHEW BAILEY,<br><br>    Defendant. | No. 06CR20070<br>Hon. Michael P. McCuskey, Chief<br>United States District Judge,<br>Presiding |

**AMENDED MOTION TO REDUCE SENTENCE**

NOW COMES the Defendant, MATTHEW BAILEY, by his court-appointed undersigned attorneys, Richard H. Parsons, Federal Public Defender for the Central District of Illinois and Jonathan E. Hawley, First Assistant Federal Public Defender, moving this Honorable Court pursuant to 18 U.S.C. § 3582(c)(2) for an order reducing the defendant's term of imprisonment, and in support thereof states the following:

    1.    The Defendant pleaded guilty on March 28, 2007 to one count of conspiracy to distribute 50 or more grams cocaine base in violation of 21 U.S.C. §§ 841(a)(1) and 846.

    2.    The offense carried a statutory mandatory minimum penalty of 10 years imprisonment, but this Court found the defendant to be safety valve eligible, thereby eliminating the statutory mandatory minimum sentence.

    3.    At sentencing, the defendant was held accountable for 566.4 grams of crack cocaine.  This amount resulted in a Base Offense Level of 36.

    4.    With a 2-level downward adjustment for being safety valve eligible and a 3-level

downward adjustment for acceptance of responsibility, the Defendant's Total Offense Level was 31.

5. At sentencing, this court found the Defendant's Criminal History Category to be I, resulting in a guideline range of 108 to 135 months.

6. This court imposed a sentence of 108 months, the bottom of the range.

7. Under Amendment #706 to the United States Sentencing Guidelines as made retroactive by Amendment #711, the Defendant's Base Offense Level is now 34, and with the same adjustments made at his original sentencing hearing, his Total Offense Level is 29, his criminal history category remains at I, and his **new guideline range is 87-108 months.**

8. The Defendant's current release date as calculated by the Bureau of Prisons is June 19, 2015.

9. Undersigned counsel is aware of no institutional adjustment or public safety factors which would warrant denial of this motion.

10. The United States Attorney's Office and the United States Probation Office have no objection to this motion.

WHEREFORE, the Defendant, MATTHEW BAILEY, respectfully requests that this Honorable Court GRANT the Defendant's motion to reduce sentence and enter an Amended Judgment and Conviction sentencing the defendant to **87 months imprisonment**.

    MATTHEW BAILEY, Defendant

    RICHARD H. PARSONS
    Federal Public Defender

    BY:   s/ Jonathan E. Hawley
    _____
    JONATHAN E. HAWLEY
    Attorney for Defendant

First Assistant FPD
ARDC Reg. No. 6243088
401 Main Street, Suite 1500
Peoria, Illinois 61602
Phone: 309/671-7891
Fax: (309) 671-7898
E-mail: jonathan_hawley@fd.org

## CERTIFICATE OF SERVICE

I hereby certify that on March 10, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Assistant United States Attorney Timothy Bass.

s/ Jonathan E. Hawley
_____
JONATHAN E. HAWLEY
Attorney for Defendant
First Assistant FPD
ARDC Reg. No. 6243088
401 Main Street, Suite 1500
Peoria, Illinois 61602
Phone: 309/671-7891
Fax: (309) 671-7898
E-mail: jonathan_hawley@fd.org