E-FILED
Wednesday, 12 March, 2008  04:53:30 PM
Clerk, U.S. District Court, ILCD

✎AO 247 (02/08)   Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
### for the

Central District of Illinois

**FILED**

MAR 1 2 2008

~~CLERK OF THE COURT~~
~~U.S. DISTRICT COURT~~
~~CENTRAL DISTRICT OF ILLINOIS~~
~~URBANA, ILLINOIS~~

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| MATTHEW L. BAILEY | ) Case No: 06-20070-003 |
| | ) USM No: 14699-026 |
| Date of Previous Judgment: 09/04/2007 | ) Jonathan Hawley |
| (Use Date of Last Amended Judgment if Applicable) | ) Defendant's Attorney |

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
☐ DENIED. ☑ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of ___108___ months **is reduced to** ___87___ .

## I. COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)

| | | |
|---|---|---|
| Previous Offense Level: 31 | Amended Offense Level: 29 |
| Criminal History Category: I | Criminal History Category: I |
| Previous Guideline Range: 108 to 135 months | Amended Guideline Range: 87 to 108 months |

## II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE
☑ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other (explain):

## III. ADDITIONAL COMMENTS
This order is subject to the prohibition contained within USSG § 1B1.10(b)(2)(C).

Except as provided above, all provisions of the judgment dated ___09/04/2007___ shall remain in effect.
**IT IS SO ORDERED.**

Order Date: ___03/12/2008___

Effective Date: _____
(if different from order date)

s/ Michael P. McCuskey
Judge's signature

MICHAEL P. McCUSKEY, Chief U.S. District Judge
Printed name and title